# EXHIBIT A

26-JSC21-02069

Electronically Filed
8/27/2026 8:23 PM
Garner, Roderick
Justice of the Peace, Pct 2
Fort Bend County, Texas

**CAUSE NO. __________**

| | |
|---|---|
| JACARI JOHNSON-WOMACK;<br><br>Plaintiff,<br><br>v.<br><br>KLARNA INC., AND<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant(s). | **IN THE JUSTICE COURT**<br><br>**PRECINCT 2 PLACE 1**<br><br>**FORT BEND COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Plaintiff JACARI JOHNSON-WOMACK ("Plaintiff"), by and through his attorney, WU LAW OFFICE PLLC, and bring this Original Petition against Defendant KLARNA INC. ("KLARNA") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") respectfully sets forth, complains, and alleges, upon information and belief, the following:

## DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff reserves the right to petition this Court to engage in pretrial discovery pursuant to Rule 500.9 of the Texas Rules of Civil Procedure.

## PARTIES AND SERVICE

2. Plaintiff is a resident of Richmond, Texas.

3. At all times material hereto, Plaintiff was a "consumer" as said term is defined under 15 U.S.C. § 1681a(c).

4. Defendant KLARNA INC. is a person who furnishes information to consumer reporting agencies under 15 U.S.C. § 1681s-2 and may be served with process upon CT

Corporation System, its registered agent for service of process at 1999 Bryan Street, Ste 900, Dallas, TX, 75201.

5. Defendant Experian Information Solutions, Inc. is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and conducts substantial and regular business activities in this judicial district. Defendant Experian is an Ohio corporation registered to do business in the State of Texas and may be served with process upon CT Corporation System, its registered agent for service of process at 1999 Bryan Street, Ste 900, Dallas, TX, 75201.

6. At all times material hereto, Experian is a consumer reporting agency regularly engaged in the business of assembling, evaluating and disbursing information concerning consumers for the purpose of furnishing consumer reports, as said term is defined under 15 U.S.C. § 1681(d) to third parties.

7. At all times material hereto, Experian disbursed such consumer reports to third parties under a contract for monetary compensation.

## JURISDICTION & VENUE

8. This Court has personal jurisdiction over all the parties because all parties reside and/or engage in business in the State of Texas. Further, this Court has jurisdiction of this cause of action in that it involves an amount in controversy within the original jurisdiction of this Court.

9. Plaintiffs seek monetary relief within this Court's jurisdictional limits.

10. Venue in Fort Bend County, Texas is proper in this cause pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in Fort Bend County, Texas.

## FACTUAL ALLEGATIONS

11. Plaintiff incorporates by reference all of the above paragraphs of this Petition as though fully stated herein with the same force and effect as if the same were set forth at length herein.

12. The accounts at issue concern multiple accounts furnished by Defendant KLARNA Inc. that appear on Plaintiff's Experian credit report.

13. On June 10, 2026, KLARNA confirmed in a letter that Plaintiff had fully paid all orders and that all account balances were zero. See a true and correct copy of KLARNA's letter attached as "Exhibit A."

14. Furthermore, KLARNA's customer service representative confirmed that Plaintiff's accounts had been paid in full, reflected zero balances, and assured Plaintiff that KLARNA would send the report to Experian to update accordingly in the next credit report. See screenshot of the customer service communication attached as "Exhibit B."

15. After Plaintiff disputed the reporting of the KLARNA accounts with Experian, Experian completed its investigation and, on June 22, 2026, reported that the disputed accounts are certified to be accurate and will remain in Plaintiff's credit report. See Experian's dispute results attached as "Exhibit C."

16. Despite a subsequent dispute to Experian with KLARNA's confirmation that Plaintiff had fully paid all orders and that the account balances were zero, Experian again reported that the disputed accounts were certified to be accurate and the KLARNA accounts continue to appear on Plaintiff's Experian credit report dated July 14, 2026 with some accounts erroneously reporting as open and some accounts still erroneously reporting prior balances. See a true and correct copy of Plaintiff's Experian dispute results and credit report as it pertains to the KLARNA accounts attached as "Exhibit D."

17. Despite the dispute(s) by Plaintiff that the information on his consumer report was inaccurate with respect to the disputed account(s), Experian did not evaluate or consider any of the information, claims, or evidence of Plaintiff, did not make an attempt to substantially reasonably verify that the derogatory information concerning the disputed account was inaccurate.

18. Defendants' erroneous reporting continues to affect Plaintiff's creditworthiness and credit score.

19. As a result of Defendants' conduct, Plaintiff has suffered a decreased credit score as a result of the inaccurate information on Plaintiff's credit file, in addition to mental anguish, distress, and frustration.

**FIRST CAUSE OF ACTION**
**(Willful Violation of the FCRA as to Experian)**

20. Plaintiff incorporates by reference all of the above paragraphs of this Petition as though fully stated herein with the same force and effect as if the same were set forth at length herein.

21. This is an action for willful violation of the Fair Credit Reporting Act U.S.C. § 1681 *et seq*.,

22. Experian violated 15 U.S.C. § 1601(e) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files that Experian maintained concerning Plaintiff.

23. Experian has willfully and recklessly failed to comply with the Act. The failure of Experian to comply with the Act include but are not necessarily limited to the following:

a. The failure to follow reasonable procedures to assure the maximum possible accuracy of the information reported;

b. The failure to correct erroneous personal information regarding Plaintiff after a reasonable request by Plaintiff;

c. The failure to remove and/or correct the inaccuracy and derogatory credit information after a reasonable request by Plaintiff;

d. The failure to promptly and adequately investigate information which Defendant Experian had notice was inaccurate;

e. The continual placement of inaccurate information into the credit report of Plaintiff after being advised by Plaintiff that the information was inaccurate;

f. The failure to note in the credit report that Plaintiff disputed the accuracy of the information;

g. The failure to promptly delete information that was found to be inaccurate, or could not be verified, or that the source of information had advised Experian to delete;

h. The failure to take adequate steps to verify information Experian had reason to believe was inaccurate before including it in the credit report of the consumer.

24. As a result of the conduct, action and inaction of Experian, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit.

25. The conduct, action and inaction of Experian was willful rendering Experian liable for actual, statutory and punitive damages in an amount to be determined by a Judge and/or Jury pursuant to 15 U.S.C. § 1681(n).

26. Plaintiff is entitled to recover reasonable costs and attorney's fees from Experian in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681(n).

**WHEREFORE,** Plaintiff, Jacari Johnson-Womack, an individual, demands judgment in her favor against Defendant Experian, for damages together with attorney's fees and court costs pursuant to 15 U.S.C. § 1681(n).

**SECOND CAUSE OF ACTION**
**(Negligent Violation of the FCRA as to Experian)**

27. Plaintiff incorporates by reference all of the above paragraphs of this Petition as though fully stated herein with the same force and effect as if the same were set forth at length herein.

28. This is an action for negligent violation of the Fair Credit Reporting Act U.S.C. § 1681 *et seq*.,

29. Experian violated 15 U.S.C. § 1681i(a) by failing to delete inaccurate information from the credit file of Plaintiff after receiving actual notice of such inaccuracies and conducting reinvestigation and by failing to maintain reasonable procedures with which to verify the disputed information in the credit file of Plaintiff.

30. Experian has negligently failed to comply with the Act. The failure of Experian to comply with the Act include but are not necessarily limited to the following:

a. The failure to follow reasonable procedures to assure the maximum possible accuracy of the information reported;

b. The failure to correct erroneous personal information regarding Plaintiff after a reasonable request by Plaintiff;

c. The failure to remove and/or correct the inaccuracy and derogatory credit information after a reasonable request by Plaintiff;

d. The failure to promptly and adequately investigate information which Defendant Experian had notice was inaccurate;

e. The continual placement of inaccurate information into the credit report of Plaintiff after being advised by Plaintiff that the information was inaccurate;

f. The failure to note in the credit report that Plaintiff disputed the accuracy of the information;

g. The failure to promptly delete information that was found to be inaccurate, or could not be verified, or that the source of information had advised Experian to delete;

h. The failure to take adequate steps to verify information Experian had reason to believe was inaccurate before including it in the credit report of the consumer.

31. As a result of the conduct, action and inaction of Experian, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit.

32. The conduct, action and inaction of Experian was negligent, entitling Plaintiff to damages under 15 U.S.C. § 1681o.

33. Plaintiff is entitled to recover reasonable costs and attorney's fees from Experian in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681(n) and 1681o.

**WHEREFORE,** Plaintiff, Jacari Johnson-Womack, an individual, demands judgment in her favor against Defendant Experian, for damages together with attorney's fees and court costs pursuant to 15 U.S.C. § 1681(n).

**THIRD CAUSE OF ACTION**
**(Willful Violation of the FCRA as to KLARNA)**

34. Plaintiff incorporates by reference all of the above paragraphs of this Petition as though fully stated herein with the same force and effect as if the same were set forth at length herein.

35. This is an action for willful violation of the Fair Credit Reporting Act U.S.C. § 1681 *et seq*.,

36. Pursuant to the Act, all persons who furnished information to reporting agencies must participate in re-investigations conducted by the agencies when consumers dispute the accuracy and completeness of information contained in a consumer credit report.

37. Pursuant to the Act, a furnisher of disputed information is notified by the reporting agency when the agency receives a notice of dispute from a consumer such as Plaintiff. The furnisher must then conduct a timely investigation of the disputed information and review all relevant information provided by the agency.

38. The results of the investigation must be reported to the agency and, if the investigation reveals that the original information is incomplete or inaccurate, the furnisher must report the results to other agencies which were supplied such information.

39. Defendant KLARNA violated 15 U.S.C. § 1681s2-b by continuing to furnish inaccurate information regarding Plaintiff's multiple accounts to Experian after receiving notice of Plaintiff's dispute; by failing to conduct a reasonable investigation of the disputed information; by

failing to review all relevant information provided in connection with the dispute, including information confirming that Plaintiff had fully paid all orders and that all account balances were zero; and by failing to report the results of a reasonable investigation to Experian.

40. Specifically, KLARNA continued to furnish multiple accounts on Plaintiff's Experian credit report despite confirming that Plaintiff had fully paid all orders and that all account balances were zero, and Experian continued to report those accounts as verified and allowed them to remain on Plaintiff's credit report.

41. As a result of the conduct, action and inaction of the KLARNA, Plaintiff suffered damage for the loss of credit, loss of the ability to purchase and benefit from credit.

42. The conduct, action and inaction of KLARNA was willful, rendering KLARNA liable for actual, statutory, and punitive damages in an amount to be determined by a jury pursuant to 15 U.S.C. § 1601(n).

43. Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant KLARNA in an amount to be determined by the Court pursuant to 15 U.S.C. § 1601(n).

**WHEREFORE,** Plaintiff Jacari Johnson-Womack, an individual, demands judgment in her favor against KLARNA, for damages together with attorney's fees and court costs pursuant to 15 U.S.C. § 1681(n).

**FOURTH CAUSE OF ACTION**
**(Negligent Violation of the FCRA as to KLARNA)**

44. Plaintiff incorporates by reference all of the above paragraphs of this Petition as though fully stated herein with the same force and effect as if the same were set forth at length herein.

45. This is an action for negligent violation of the Fair Credit Reporting Act U.S.C. § 1681 *et seq*.,

46. Pursuant to the Act, all persons who furnished information to reporting agencies must participate in re-investigations conducted by the agencies when consumers dispute the accuracy and completeness of information contained in a consumer credit report.

47. Pursuant to the Act, a furnisher of disputed information is notified by the reporting agency when the agency receives a notice of dispute from a consumer such as Plaintiff. The furnisher must then conduct a timely investigation of the disputed information and review all relevant information provided by the agency.

48. The results of the investigation must be reported to the agency and, if the investigation reveals that the original information is incomplete or inaccurate, the information from a furnisher such as the above-named Defendant must report the results to other agencies which were supplied such information.

49. KLARNA is liable to Plaintiff for failing to comply with the requirements imposed on furnishers of information pursuant to 15 U.S.C. § 1681s2-b.

50. A reasonable investigation would require a furnisher such as KLARNA to consider and evaluate a specific dispute by the consumer, along with all other facts, evidence and materials provided by the agency to the furnisher.

51. The conduct, action and inaction of KLARNA was negligent, entitling Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

52. As a result of the conduct, action and inaction of the KLARNA, Plaintiff suffered damage for the loss of credit, loss of the ability to purchase and benefit from credit.

53. Plaintiff is entitled to recover reasonable costs and attorney's fees from the KLARNA in an amount to be determined by the Court pursuant to 15 U.S.C. § 1601(n) and 1681o.

**WHEREFORE,** Plaintiff Jacari Johnson-Womack, an individual, demands judgment in her favor against KLARNA, for damages together with attorney's fees and court costs pursuant to 15 U.S.C. § 1681(n).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from each Defendant as follows:

1. For actual damages provided and pursuant to 15 U.S.C. § 1681o(a) be awarded for each negligent violation as alleged herein;
2. For Statutory damages provided and pursuant to 15 U.S.C. § 1681n(a);
3. For Punitive damages provided and pursuant to 15 U.S.C. § 1681n(a)(2);
4. For attorney fees and costs provided and pursuant to 15 U.S.C. § 1681n(a)(3) and 15 U.S.C. § 1681o(a)(2);
5. For any such other and further relief, as well as further costs, expenses and disbursements of this action as this Court may deem just and proper.

Respectfully Submitted,

**WU LAW OFFICE PLLC**

*/s/ Stanley Wu*
Stanley Wu
Bar No.: 24120674
2401 Fountain View Dr, Ste 464 #1088
Houston, TX 77057
Phone: (888) 984-7984
Fax: (855) 202-6382
E-mail: contact@wulawoffices.com

***Attorney for Plaintiff Jacari Johnson-Womack***

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stanley Wu on behalf of Stanley Wu
Bar No. 24120674
stanley.wu.esq@gmail.com
Envelope ID: 119215598
Filing Code Description: Petition
Filing Description: Original Petition
Status as of 8/28/2026 9:11 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stanley Wu | | stanley.wu.esq@gmail.com | 8/27/2026 8:23:42 PM | NOT SENT |

Electronically Filed
8/27/2026 8:23 PM
Garner, Roderick
Justice of the Peace, Pct 2
Fort Bend County, Texas

PLAINTIFF'S EXHIBIT A

3:56
◀ Klarna
71

Klarna.

Klarna Financial Services USCA/MX

Jacari Johnson-Womack
[redacted]

Stockholm, 06/10/2026

**To whomever it may concern,**

As per request, I hereby confirm that **Jacari Johnson-Womack** (DOB: [redacted]), as of 06/10/2026 at 10:40 AM/ PM (GMT) has fully paid for their orders with Klarna, and that they have paid according to the terms. Their current outstanding balance is $0.

If you have any further questions, please contact our customer service at (888) 518-2771.

Kind regards,
**Sneha**

Customer Delivery Specialist

Klarna Financial Services US Limited

Contact information:

www.klarna.com/us/customer-service

Klarna.

achments.s3.amazonaws.com

PLAINTIFF'S
EXHIBIT
B

71

**Credit Update Request**

Ok

Need not to worry Jacari, Klarna will send another report to the credit bureau and it will be updated in the next report!

Ram Kumar

The problem is that there hasn't been a report sent since April..

This is affecting me purchasing a home. It needs to be updated now .

I understand your concern, since you have no balance, I can provide you with the copy of statements which include that you have zero balance with Klarna, will that work?

Ram Kumar

No I sent that to them and they said when they tried to verify it your side said that I still have debt .

Resume conversation

3:55

**Credit Update Request**

I also got off the phone with a representative on Experian to verify what was going on and they said that on your side of the house, I still have debt and this is after the letter once again.

Thank you for sharing your concern?

Ram Kumar

Is this a question?

Sorry for the typo!

Ram Kumar

Ok

Need not to worry Jacari, Klarna will send another report to the credit bureau and it will be updated in the next report!

Ram Kumar

**Resume conversation**

Electronically Filed
8/27/2026 8:23 PM
Garner, Roderick
Justice of the Peace, Pct 2
Fort Bend County, Texas

PLAINTIFF'S EXHIBIT C

3:59

usa.experian.com

**KLARNA INC**

Account • AS7M4HXXXXXXXXXXXXXXXXXXX

Remains

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report >

**KLARNA INC**

Account • QAKNRIXXXXXXXXXXXXXXXXXXX

Remains

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report >

**KLARNA INC**

Account • 6AKQLVXXXXXXXXXXXXXXXXXXX

Remains

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report >

**Important info about your dispute results**

**What if I disagree with the outcome of this dispute?**

3:59

usa.experian.com

| | |
|---|---|
| Report Number | 1114-4314-06 |
| Date Generated | Jun 22, 2026 |

**KLARNA INC**

Remains

Account • HWY5JRXXXXXXXXXXXXXXXXXXXX

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report >

**KLARNA INC**

Remains

Account • ZQ6BV4XXXXXXXXXXXXXXXXXXXX

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report >

**KLARNA INC**

Remains

Account • OJIP64XXXXXXXXXXXXXXXXXXXX

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report >

**KLARNA INC**

Remains

3:59

usa.experian.com

View Current Report

**KLARNA INC**

Account • QNBUV5XXXXXXXXXXXXXXXXXXX

Remains

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report

**Important info about your dispute results**

**What if I disagree with the outcome of this dispute?**

**Contact the source of the information**

You have a right to contact the entity that originated the information and dispute with them directly. This is usually the company that provided you the loan or other credit, but could also be a collection agency or government office. The contact details for the source of each item of information are listed in your credit report.
View your Credit Report.

**Add a**

A staten
think the
stateme
Lenders
report ca
details o
review p
Dispute
"Add a S
View you

## Dispute With Other Bureaus

There are 3 credit bureaus that report your credit information: Experian

3:59

usa.experian.com

**KLARNA INC**

Account • I3IK3YXXXXXXXXXXXXXXXXXXXX

Remains

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report

**KLARNA INC**

Account • AS7M4HXXXXXXXXXXXXXXXXXXXX

Remains

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report

**KLARNA INC**

Account • QAKNRIXXXXXXXXXXXXXXXXXXXX

Remains

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report

**KLARNA INC**

Account • 6AKQLVXXXXXXXXXXXXXXXXXXXX

Remains

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

3:58

usa.experian.com

**KLARNA INC**

Remains

Account • OJIP64XXXXXXXXXXXXXXXXXXX

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report >

[redacted]

**KLARNA INC**

Remains

Account • ORW4CAXXXXXXXXXXXXXXXXXXX

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report >

[redacted]

3:58

usa.experian.com

| | |
|---|---|
| Report Number | **0695-9800-54** |
| Date Generated | **Jun 16, 2026** |

**KLARNA INC**

Remains

Account • HWY5JRXXXXXXXXXXXXXXXXXXX

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report >

[redacted]

**KLARNA INC**

Remains

Account • ZQ6BV4XXXXXXXXXXXXXXXXXXX

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

View Current Report >

**KLARNA INC**

Remains

PLAINTIFF'S EXHIBIT D
26JSC21-02069

Electronically Filed
8/27/2026 8:23 PM
Garner, Roderick
Justice of the Peace, Pct 2
Fort Bend County, Texas

experian. JACARI JOHNSON-WOMACK | Report number 1114-4314-06 | July 14, 2026 | Print report | Log out

Dispute results | Credit Score | Personal information | Personal statements | Potentially negative items | Accounts in good standing | Credit inquiries | Important messages | Dispute Cart (0)

## Your credit report and dispute results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.
If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

**Helpful Toolkit**

- Fraud center
- Freeze center
- Know your rights
- Common questions

## How to read your results

**Deleted**
This item was removed from your credit report.

**Remains**
The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**Processed**
This item was either updated or deleted. Please review your report for the details.

**Updated (Your results will indicate which one of the following applies.)**

- The information you disputed has been updated. Please review your report for the details.
- The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.
- Information on this item has been updated. Please review your report for the details.

**Verified and Updated**
The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

### 1 855 246 9409
Contact us by phone - Monday through Friday, 9 a.m. to 5 p.m. in your time zone.

### Address
Experian
P.O. Box 9701 Allen, TX 75013

### Document upload
Submit documents supporting your claim electronically at experian.com/upload .

**Any pending disputes will be highlighted below.**

+ Expand all | - Collapse all

**Here are your dispute results 07/14/2026**

**Credit Items and Public Records**

| Creditor / Vendor | Account number | Status | |
|---|---|---|---|
| KLARNA INC | HWY5JRHAUZD-H3PJNHKETFB.... | Remains | The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details. |
| KLARNA INC | ZQ8BV4N5ZBFYZFJC32-VAGZ.... | Remains | The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details. |
| KLARNA INC | OJIP64QO75ALHN-J7SLTKPZ.... | Remains | The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details. |
| KLARNA INC | AS7M4HY465A25H-F35QABH4.... | Remains | The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details. |

| | | | |
|---|---|---|---|
| KLARNA INC | QAKNRIPO6FB6PFI3RY-O3S4.... | Remains | The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details. |
| KLARNA INC | 6AKQLV7C6BAOFMOM-NDL5LE.... | Remains | The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details. |

If our reinvestigation has not resolved your dispute
**view your options**

back to top

## Your Report

### Personal Information

Name(s) associated with your credit

| Name | Name identification number |
|---|---|
| [redacted] | |

+ Dispute

+ Dispute

+ Dispute

+ Dispute

+ Dispute

+ Dispute

+ Dispute

[redacted]

+ Dispute

| Account name | Account number | Recent balance | Date opened | Status | |
|---|---|---|---|---|---|
| */KLARNA BNPL | 6AKQLV7C6BAOF-MOMNDL5LE.... | Not reported | 02/07/2026 | Paid, Closed/Never late. | + Dispute |
| */KLARNA BNPL | 6JSI6P65URCEB-DQYMYUYQS.... | Not reported | 08/01/2025 | Paid, Closed/Never late. | + Dispute |
| */KLARNA BNPL | 7FY3YUG2JFHSX-HG3MYJLTZ.... | Not reported | 09/21/2025 | Paid, Closed/Never late. | + Dispute |
| */KLARNA BNPL | AS7M4HY465A25H-F35QABH4.... | Not reported | 03/13/2026 | Paid, Closed/Never late. | + Dispute |
| */KLARNA BNPL | HWY5JRHAUZD-H3PJNHKETFB.... | $571 as of 04/01/2026 | 09/27/2025 | Open/Never late. | + Dispute |
| */KLARNA BNPL | I3IK3YDPY5CXH-PLTWKE5FZ.... | $479 as of 05/01/2026 | 01/29/2026 | Open/Never late. | |
| */KLARNA BNPL | OJIP64QO75ALHN-J7SLTKPZ.... | $81 as of 04/01/2026 | 03/15/2026 | Open/Never late. | + Dispute |
| */KLARNA BNPL | ORW4- | $813 as of | 02/11/2026 | Open/Never late. | + Dispute |

| Account name | Account number | Recent balance | Date opened | Status | |
|---|---|---|---|---|---|
| | CASED5AZ7HG36-PLBAQ.... | 04/01/2026 | | | |
| */KLARNA BNPL | QAKNRIPO6FB6P-FI3RYO3S4.... | $308 as of 04/01/2026 | 12/21/2025 | Open/Never late. | + Dispute |
| */KLARNA BNPL | QIYQNKBQHZBU-JDL6IR6647.... | Not reported | 07/14/2025 | Paid, Closed/Never late. | + Dispute |
| */KLARNA BNPL | QNBUV5ERB5EC-NKCLZ64LRS.... | $288 as of 04/01/2026 | 12/06/2025 | Open/Never late. | |
| */KLARNA BNPL | QOY45USJ5FDBRI-WCEXLJTO.... | Not reported | 09/05/2025 | Paid, Closed/Never late. | + Dispute |
| */KLARNA BNPL | RZMX5IVZT5HK7LV5 REZFNQ.... | Not reported | 08/05/2025 | Paid, Closed/Never late. | + Dispute |
| */KLARNA BNPL | V234VQP4W5B-CLN6UDTUIM5.... | Not reported | 07/31/2025 | Paid, Closed/Never late. | + Dispute |
| */KLARNA BNPL | XVQSFBIQ7JER5B-MZIEA6QV.... | Not reported | 08/20/2025 | Paid, Closed/Never late. | + Dispute |
| */KLARNA BNPL | ZQ6BV4N5ZB-FYZFJC32VAGZ.... | $930 as of 04/01/2026 | 11/14/2025 | Open/Never late. | + Dispute |

[redacted]

+ Dispute

+ Dispute

+ Dispute

+ Dispute

+ Dispute

+ Dispute

+ Dispute

+ Dispute

*/This is a Buy Now Pay Later tradeline

We reviewed the documentation you provided with your dispute, but determined that it was not sufficient to make the changes or deletions you requested. We then forwarded your documentation to the furnisher of the information, along with a description of your dispute, and asked them to investigate your dispute. If the item you disputed was a public record, we contacted the vendor who collected the information from a public record source and asked them to verify the public record information. The results of our reinvestigation are included here.

Credit grantors send us updated payment information routinely. The dispute process can take up to 30 days to complete; therefore, we'll update our records as soon as we receive the updated information from the credit grantor.

*/This is a Buy Now Pay Later tradeline

back to top

## Know your rights

**Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

**A Summary of Your Rights under the Fair Credit Reporting Act**
The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
a person has taken adverse action against you because of information in your credit report;
you are the victim of identify theft and place a fraud alert in your file;
your file contains inaccurate information as a result of fraud;
you are on public assistance;
you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1 888 5 OPTOUT (1 888 567 8688).

The following FCRA right applies with respect to nationwide consumer reporting agencies:
**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

Electronically Filed
9/9/2026 3:35 PM
Roderick Garner
Justice of the Peace, Pct 2
Fort Bend County, Texas

WU
LAW OFFICE

2401 Fountain View Dr., Suite 464 #1088
Houston, TX 77057
T: (888) 984-7984 F: (833) 485-1041

# REQUEST FOR ISSUANCE OF CIVIL CITATION

Re: Jacari Johnson-Womack v. Klarna Inc., and Experian Information Solutions, Inc.

Case#: 26-JSC21-02069

Dear Clerk of Court:

Plaintiff undersigned counsel requests the Clerk of Court to issue separate Civil Citation(s) for each Defendant for service by a **Private Process Server**.

The Citation(s) should be sent to us:

1. Via email to: contact@wulawoffices.com
2. Via Fax to us at 1-833-485-1041, or
3. VIA MAIL to: Wu Law Office PLLC
   2401 Fountain View Dr., Suite 464 #1088
   Houston, TX 77057

Sincerely,

*Stanley Wu*

Stanley Wu, Esq.
stanley@wulawoffices.com

CAUSE NO. 26-JSC21-02069

# CITATION

SMALL CLAIM/ DEBT CLAIM
JUSTICE OF THE PEACE, PRECINCT TWO PLACE ONE
FORT BEND COUNTY, TEXAS

JACARI JOHNSON-WOMACK,

VS

KLARNA INC.; EXPERIAN INFORMATION SOLUTIONS, INC.

THE STATE OF TEXAS
COUNTY OF FORT BEND

TO: EXPERIAN INFORMATION SOLUTIONS, INC.,
DEFENDANT

CT CORPORATION SYSTEM
1999 BRYAN ST., STE 900
DALLAS, TX 75201

YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE JUSTICE COURT, JUSTICE OF THE PEACE, JUSTICE OF THE PEACE, PRECINCT 2, OF FORT BEND COUNTY, TEXAS, BEFORE THE EXPIRATION OF 14 DAYS FROM THE DATE OF SERVICE OF THIS CITATION UPON YOU, AT 303 TEXAS PARKWAY (FM 2234), ROOM 107, MISSOURI CITY, TX 77489-1133, (281) 403-8080, FAX: (832) 471-1811, TO ANSWER IN THIS SUIT OF JACARI JOHNSON-WOMACK PLAINTIFF, AGAINST KLARNA INC.; EXPERIAN INFORMATION SOLUTIONS, INC. DEFENDANT, BEING NO. 26-JSC21-02069 ON THE DOCKET OF SAID COURT, THE PLAINTIFF'S DEMAND BEING FOR THE SUM OF $20,000.00 DOLLARS , DUE JUDGMENT TO WIT:

YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT. BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY. YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED WITH THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, YOUR ANSWER IS DUE BY THE END OF THE FIRST DAY FOLLOWING THE 14TH DAY THAT IS NOT A SATURDAY, SUNDAY OR LEGAL HOLIDAY. DO NOT IGNORE THESE PAPERS. IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION. SEE ATTACHMENT. IF THIS CITATION IS NOT SERVED WITHIN NINETY DAYS AFTER THE DATE OF ITS ISSUANCE, IT SHALL BE RETURNED UNSERVED.

THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF LAW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

ISSUED AND GIVEN UNDER MY HAND AT MISSOURI CITY, TEXAS, on this the 24th day of September, 2026.




JUDGE RODERICK GARNER
JUSTICE COURT, PRECINCT 2-1
FORT BEND COUNTY, TEXAS

BY_______________
COURT CLERK

YOU MAY HAVE THIS CASE HEARD BY A JURY BY MAKING A REQUEST TO THE COURT AND PAYING A JURY FEE OF $22.00 ON OR BEFORE FIVE (5) DAYS FROM THE DATE YOU WERE SERVED WITH THIS CITATION. IF YOU DO NOT WISH TO INCUR THE $22.00 EXPENSE, YOU MAY REQUEST A HEARING BEFORE THE JUDGE.

## OFFICER'S RETURN

CAME TO HAND ON THE____DAY OF _____________20___, AT_______ O'CLOCK __.M AND EXECUTED WITHIN SAID COUNTY _____________ ON THE ____DAY OF ____________20_____ , AT______O'CLOCK ___M., BY DELIVERING TO THE WITHIN NAMED _________________________ *AT ______________________________ ______________________________________________________ IN PERSON, A TRUE COPY OF THIS CITATION, HAVING FIRST ENDORSED THEREON THE DATE OF DELIVERY.

FEES: SERVING CITATION $________
TOTAL: $________

__________________________
DEPUTY

________________________
CONSTABLE
PRECINCT ______
FORT BEND COUNTY, TEXAS

JUSTICE OF THE PEACE, PRECINCT TWO PLACE ONE
JUDGE RODERICK GARNER
FORT BEND COUNTY

# NO. 26-JSC21-02069

JACARI JOHNSON-WOMACK

VS.

KLARNA INC.; EXPERIAN INFORMATION SOLUTIONS, INC.

## MEMORANDUM OF PAPERS FILED

| | |
|---|---|
| 1 | ORIGINAL PETITION FILED: August 27, 2026 PAID $ 0.00 REC# 21-143392 |
| 2 | 08/27/2026 CITATION ISSUED CITATION: ____________ SERVED / RETURNED / POSTED |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |

**JUDGE RODERICK GARNER**
**JUSTICE COURT – PRECINCT TWO PLACE ONE**
**FORT BEND COUNTY, TEXAS**
**303 TEXAS PARKWAY, SUITE 107 – MISSOURI CITY, TEXAS 77459**
**PHONE: (281) 403-8080**
Small/Debt Claims / Justice Court Case Number: **26-JSC21-02069**

Court Date:

**JACARI JOHNSON-WOMACK**
STANLEY WU
ADDRESS UNKNOWN

Vs.

**KLARNA INC.; EXPERIAN INFORMATION SOLUTIONS, INC.**
NO KNOWN ADDRESS

---

Ruled in Favor: PLAINTIFF: _______________ DEFENDANT: _______________

Dismissed: WITHOUT PREJUDICE: _______________ WITH PREJUDICE: _______________

BY PLAINTIFF'S REQUEST: _______________

Default Judgment: _______________ Agreed Judgment: _______________

Motion Granted: _______________ Motion Denied: _______________

---

**JUDGMENT**

| | | | |
|---|---|---|---|
| PAST DUE TAXES: | _______________ | MAINTENANCE FEES: | _______________ |
| BACK RENTS: | _______________ | PRE-JUDGMENT INTEREST: | _______________ |
| LATE CHARGES: | _______________ | INTEREST: | _______________ |
| SECURITY DEPOSIT: | _______________ | DAMAGES: | _______________ |
| ATTORNEY FEES: | _______________ | MONETARY: | _______________ |
| COURT COSTS: | _______________ | OTHER: | _______________ |
| TOTAL: | $______________ | TOTAL: | $______________ |

---

COMMENTS:

_________________________________
Judge Roderick Garner
Justice of the Peace – Precinct Two Place One
Fort Bend County, Texas

Date: ________________________________

CAUSE NO. 26-JSC21-02069

C I T A T I O N

SMALL CLAIM/ DEBT CLAIM
JUSTICE OF THE PEACE, PRECINCT TWO PLACE ONE
FORT BEND COUNTY, TEXAS

JACARI JOHNSON-WOMACK,

VS

KLARNA INC.; EXPERIAN INFORMATION SOLUTIONS, INC.

THE STATE OF TEXAS
COUNTY OF FORT BEND

TO: KLARNA INC., DEFENDANT

CT CORPORATION SYSTEM
1999 BRYAN ST., STE 900
DALLAS, TX 75201

YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE JUSTICE COURT, JUSTICE OF THE PEACE, JUSTICE OF THE PEACE, PRECINCT 2, OF FORT BEND COUNTY, TEXAS, BEFORE THE EXPIRATION OF 14 DAYS FROM THE DATE OF SERVICE OF THIS CITATION UPON YOU, AT 303 TEXAS PARKWAY (FM 2234), ROOM 107, MISSOURI CITY, TX 77489-1133, (281) 403-8080, FAX: (832) 471-1811, TO ANSWER IN THIS SUIT OF JACARI JOHNSON-WOMACK PLAINTIFF, AGAINST KLARNA INC.; EXPERIAN INFORMATION SOLUTIONS, INC. DEFENDANT, BEING NO. 26-JSC21-02069 ON THE DOCKET OF SAID COURT, THE PLAINTIFF'S DEMAND BEING FOR THE SUM OF $20,000.00 DOLLARS , DUE JUDGMENT TO WIT:

YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT. BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY. YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED WITH THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, YOUR ANSWER IS DUE BY THE END OF THE FIRST DAY FOLLOWING THE 14TH DAY THAT IS NOT A SATURDAY, SUNDAY OR LEGAL HOLIDAY. DO NOT IGNORE THESE PAPERS. IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION. SEE ATTACHMENT. IF THIS CITATION IS NOT SERVED WITHIN NINETY DAYS AFTER THE DATE OF ITS ISSUANCE, IT SHALL BE RETURNED UNSERVED.

THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF LAW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

ISSUED AND GIVEN UNDER MY HAND AT MISSOURI CITY, TEXAS, on this the 24th day of September, 2026.



JUDGE RODERICK GARNER
JUSTICE COURT, PRECINCT 2-1
FORT BEND COUNTY, TEXAS

BY Johnny Levene McFolling
COURT CLERK

YOU MAY HAVE THIS CASE HEARD BY A JURY BY MAKING A REQUEST TO THE COURT AND PAYING A JURY FEE OF $22.00 ON OR BEFORE FIVE (5) DAYS FROM THE DATE YOU WERE SERVED WITH THIS CITATION. IF YOU DO NOT WISH TO INCUR THE $22.00 EXPENSE, YOU MAY REQUEST A HEARING BEFORE THE JUDGE.

OFFICER'S RETURN

CAME TO HAND ON THE____DAY OF ____________20___, AT_______ O'CLOCK __.M AND EXECUTED WITHIN SAID COUNTY ____________ ON THE ____DAY OF ___________20_____ , AT______O'CLOCK ___M., BY DELIVERING TO THE WITHIN NAMED ________________________ *AT ___________________________ ________________________________________________ IN PERSON, A TRUE COPY OF THIS CITATION, HAVING FIRST ENDORSED THEREON THE DATE OF DELIVERY.

FEES: SERVING CITATION $________
TOTAL: $________

________________________
DEPUTY

________________________
CONSTABLE
PRECINCT ______
FORT BEND COUNTY, TEXAS

JUSTICE OF THE PEACE, PRECINCT TWO PLACE ONE
JUDGE RODERICK GARNER
FORT BEND COUNTY

# NO. 26-JSC21-02069

JACARI JOHNSON-WOMACK

VS.

KLARNA INC.; EXPERIAN INFORMATION SOLUTIONS, INC.

## MEMORANDUM OF PAPERS FILED

1 ORIGINAL PETITION FILED: August 27, 2026 PAID $ 0.00 REC# 21-143392

2 **08/27/2026** CITATION ISSUED CITATION: ____________________ SERVED / RETURNED / POSTED

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**JUDGE RODERICK GARNER**
**JUSTICE COURT – PRECINCT TWO PLACE ONE**
**FORT BEND COUNTY, TEXAS**
**303 TEXAS PARKWAY, SUITE 107 – MISSOURI CITY, TEXAS 77459**
**PHONE: (281) 403-8080**
Small/Debt Claims / Justice Court Case Number: **26-JSC21-02069**

Court Date:

**JACARI JOHNSON-WOMACK**
STANLEY WU
ADDRESS UNKNOWN

Vs.

**KLARNA INC.; EXPERIAN INFORMATION SOLUTIONS, INC.**
NO KNOWN ADDRESS

---

| | | | |
|---|---|---|---|
| Ruled in Favor: | PLAINTIFF: _______________ | DEFENDANT: _______________ | |
| Dismissed: | WITHOUT PREJUDICE: _______________ | WITH PREJUDICE: _______________ | |
| | BY PLAINTIFF'S REQUEST: _______________ | | |
| Default Judgment: | _______________ | Agreed Judgment: | _______________ |
| Motion Granted: | _______________ | Motion Denied: | _______________ |

---

**<u>JUDGMENT</u>**

| | | | |
|---|---|---|---|
| PAST DUE TAXES: | _______________ | MAINTENANCE FEES: | _______________ |
| BACK RENTS: | _______________ | PRE-JUDGMENT INTEREST: | _______________ |
| LATE CHARGES: | _______________ | INTEREST: | _______________ |
| SECURITY DEPOSIT: | _______________ | DAMAGES: | _______________ |
| ATTORNEY FEES: | _______________ | MONETARY: | _______________ |
| COURT COSTS: _______________ | | OTHER: | _______________ |
| TOTAL: | $_______________ | TOTAL: | $_______________ |

---

COMMENTS:

_________________________________
Judge Roderick Garner
Justice of the Peace – Precinct Two Place One
Fort Bend County, Texas

Date: _________________________________