**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**JACARI JOHNSON-WOMACK,**

**Plaintiff,**

**v.** **CASE NO. 4:26-cv-08957**

**KLARNA INC. AND EXPERIAN INFORMATION SOULTIONS, INC.,**

**Defendants.**
_________________________________/

## DEFENDANT KLARNA, INC.'S ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant Klarna, Inc. ("Klarna"), by and through its undersigned counsel, respectfully Answers Plaintiff Jacari Johnson-Womack's ("Plaintiff") Complaint as follows:

## DISCOVERY CONTROL PLAN LEVEL

1. Klarna denies the allegations in ¶ 1 to the extent they purport to invoke the Texas Rules of Civil Procedure as governing discovery in this action, as discovery is governed by the Federal Rule of Civil Procedure following removal. To the extent a response is otherwise required, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations and as such, they are denied.

## PARTIES AND SERVICE

2. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 2 and as such, they are denied.

3. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 3 and as such, they are denied.

4. Admitted in part and denied in part. Klarna admits that it, at times, furnishes information to consumer reporting agencies pursuant to 15 U.S.C. § 1681s-1 and that Klarna may be served with process at its registered agent for service of process at 1999 Bryan Street, Ste 900, Dallas, TX 75201.

5. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 5 and as such, they are denied.

6. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 6 and as such, they are denied.

7. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 7 and as such, they are denied.

## JURISDICTION AND VENUE

8. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 8 and as such, they are denied.

9. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 9 and as such, they are denied.

10. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 10 and as such, they are denied.

## FACTUAL ALLEGATIONS

11. Klarna incorporates each of the preceding paragraphs of this Answer as though more fully set forth herein.

12. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 12 and as such, they are denied.

13. The allegations in ¶ 13 refer to a communication in writing to which no response is required. Klarna denies any characterization of such communication that is inconsistent with its contents.

14. The allegations in ¶ 14 refer to a communication in writing to which no response is required. Klarna denies any characterization of such communication that is inconsistent with its contents.

15. The allegations in ¶ 15 refer to a communication in writing to which no response is required. Klarna denies any characterization of such communication that is inconsistent with its contents.

16. The allegations in ¶ 16 refer to a communication in writing to which no response is required. Klarna denies any characterization of such communication that is inconsistent with its contents.

17. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 17 and as such, they are denied.

18. Denied. Klarna denies that it erroneously furnished information to any consumer reporting agency.

19. Denied. Klarna denies causing Plaintiff the injuries alleged in ¶ 19.

## FIRST CAUSE OF ACTION
## (Willful Violation of the FCRA as to Experian)

20. Klarna incorporates each of the preceding paragraphs of this Answer as though more fully set forth herein.

21. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 21 and as such, they are denied.

22. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 22 and as such, they are denied.

23. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 23 and as such, they are denied.

24. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 24 and as such, they are denied.

25. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 25 and as such, they are denied.

26. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 26 and as such, they are denied.

## SECOND CAUSE OF ACTION
**(Negligent Violation of the FCRA as to Experian)**

27. Klarna incorporates each of the preceding paragraphs of this Answer as though more fully set forth herein.

28. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 28 and as such, they are denied.

29. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 29 and as such, they are denied.

30. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 30 and as such, they are denied.

31. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 31 and as such, they are denied.

32. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 32 and as such, they are denied.

33. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 33 and as such, they are denied.

**THIRD CAUSE OF ACTION**
**(Willful Violation of the FCRA as to KLARNA)**

34. Klarna incorporates each of the preceding paragraphs of this Answer as though more fully set forth herein.

35. Klarna admits that Plaintiff brings the instant action alleging a willful violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"). Klarna denies committing any violation of the FCRA.

36. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 36 and as such, they are denied.

37. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 37 and as such, they are denied.

38. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 38 and as such, they are denied.

39. Denied.

40. Denied. Klarna denies that it furnished any inaccurate information regarding Plaintiff's accounts. By way of further response, at all times relevant to Plaintiff's Complaint, Klarna furnished accurate information regarding Plaintiff's Klarna accounts, none of which Klarna has ever communicated as being late or past due. Klarna is not a consumer reporting agency and does not control what ultimately appears on a consumer's credit report.

41. Denied.

42. Denied.

43. Denied.

WHEREFORE, Klarna respectfully requests that this Honorable Court enter judgment in its favor and against Plaintiff and dismiss Plaintiff's Third Cause of Action with prejudice.

**FOURTH CAUSE OF ACTION**
**(Negligent Violation of the FCRA as to Klarna)**

44. Klarna incorporates each of the preceding paragraphs of this Answer as though more fully set forth herein.

45. Klarna admits that Plaintiff brings the instant action alleging a negligent violation of the FCRA. Klarna denies committing any violation of the FCRA.

46. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 46 and as such, they are denied.

47. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 47 and as such, they are denied.

48. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 48 and as such, they are denied.

49. Denied.

50. After reasonable investigation, Klarna lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 50 and as such, they are denied.

51. Denied.

52. Denied.

53. Denied.

WHEREFORE, Klarna respectfully requests that this Honorable Court enter judgment in its favor and against Plaintiff and dismiss Plaintiff's Fourth Cause of Action with prejudice.

**PRAYER FOR RELIEF**

Klarna denies that Plaintiff is entitled to the relief sought in their Prayer for Relief.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim for relief under the FCRA against Klarna. Plaintiff alleges that Klarna continued furnishing inaccurate information regarding Plaintiff's Klarna accounts despite receiving notice of Plaintiff's disputes. At all times relevant to the events alleged in Plaintiff's Complaint, Klarna furnished accurate information reflecting that Plaintiff's Klarna accounts were either current and had never been delinquent or were closed and had never been delinquent. Accordingly, Klarna did not furnish inaccurate or materially misleading information in violation of the FCRA.

## SECOND AFFIRMATIVE DEFENSE

Any alleged damages to Plaintiff are the result of the acts or omissions of Plaintiff or others, over whom Klarna has no control and for whom Klarna maintains no responsibility.

## THIRD AFFIRMATIVE DEFENSE

Any alleged damages to Plaintiff are caused by their failure to mitigate or otherwise take reasonable steps to avoid or reduce such damages.

WHEREFORE, Defendant Klarna, Inc. respectfully requests that this Honorable Court enter judgment in its favor and against Plaintiff; dismiss Plaintiff's Complaint with prejudice; and further award all other relief as deemed just and appropriate.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN MARSHALL BURNETTE, ESQUIRE
SDTX Federal ID No. 3994647
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☏ (904) 373-0546
🖷 (312) 276-4181 (fax)

lburnette@messerstrickler.com

STEPHANIE ANNE STRICKLER, ESQUIRE
SDTX Federal ID No. 3137218
142 W. Station Street
Barrington, IL 60010
(312) 334-3469
(312) 276-4181 (fax)
sstrickler@messerstrickler.com
*Counsel for Defendant Klarna, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 20, 2026, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By: *<u>/s/ Lauren M. Burnette</u>*

LAUREN MARSHALL BURNETTE, ESQUIRE
SDTX Federal ID No. 3994647
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
(904) 373-0546
(312) 276-4181 (fax)
lburnette@messerstrickler.com

STEPHANIE ANNE STRICKLER, ESQUIRE
SDTX Federal ID No. 3137218
142 W. Station Street
Barrington, IL 60010
(312) 334-3469
(312) 276-4181 (fax)
sstrickler@messerstrickler.com
*Counsel for Defendant Klarna, Inc.*

Dated: October 20, 2026