**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**JACARI JOHNSON-WOMACK,**

**Plaintiff,**

**v.** **CASE NO. 4:26-cv-08957**

**KLARNA INC. AND EXPERIAN INFORMATION SOULTIONS, INC.,**

**Defendants.**
______________________________________/

**DEFENDANT KLARNA, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Klarna, Inc. respectfully states that it does not have any parent corporation(s) and/or publicly held corporation(s) that own 10% or more of its stock.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**


By: */s/ Lauren M. Burnette*
LAUREN MARSHALL BURNETTE, ESQUIRE
SDTX Federal ID No. 3994647
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☏ (904) 373-0546
🖷 (312) 276-4181 (fax)
lburnette@messerstrickler.com

STEPHANIE ANNE STRICKLER, ESQUIRE
SDTX Federal ID No. 3137218
142 W. Station Street
Barrington, IL 60010
☏ (312) 334-3469
🖷 (312) 276-4181 (fax)
sstrickler@messerstrickler.com
*Counsel for Defendant Klarna, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 20, 2026, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN MARSHALL BURNETTE, ESQUIRE
SDTX Federal ID No. 3994647
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0546
(312) 276-4181 (fax)
lburnette@messerstrickler.com

STEPHANIE ANNE STRICKLER, ESQUIRE
SDTX Federal ID No. 3137218
142 W. Station Street
Barrington, IL 60010
☎ (312) 334-3469
(312) 276-4181 (fax)
sstrickler@messerstrickler.com
*Counsel for Defendant Klarna, Inc.*

Dated: October 20, 2026