AO 154 (10/03) Substitution of Attorney

United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT

Southern **District of** Texas; Houston Division

Jacari Johnson-Womack
Plaintiff (s),
V.
Klarna Inc. and Experian Information Solotions
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 4:26-cv-08957

Notice is hereby given that, subject to approval by the court, Jacari Johnson-Womack (Party (s) Name) substitutes Amy Beth Clark (Name of New Attorney), State Bar No. 24043761 as counsel of record in place of Stanley Wu. (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Ciment Law Firm, PLLC
Address: 221 Bella Katy Drive; Katy, TX 77494
Telephone: 210-294-9273 Facsimile
E-Mail (Optional): amy@cimentlawfirm.com

I consent to the above substitution.
Date: 11/5/2026

Jacari Johnson-Womack
Jacari Johnson-Womack (Nov 5, 2026 21:30:17 CST)
(Signature of Party (s))

I consent to being substituted.
Date: 11/5/2026

Digitally signed by Stanley Wu
Date: 2026.11.05 19:50:32 -06'00'
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/5/2026

Digitally signed by Amy Beth Clark
Date: 2026.11.05 19:41:11 -06'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/9/2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

JACARI JOHNSON-WOMACK, Plaintiff,

v. **Civil Action No. 4:26-cv-08957**

KLARNA INC. and EXPERIAN INFORMATION SOLUTIONS, Defendants.

---

## CERTIFICATE OF SERVICE

I certify that on November 6, 2026, I served the Substitution of Attorney form on all necessary parties through the Court's Electronic Case Filing (ECF) system.

/s/ Amy Beth Clark

Amy Beth Clark
Texas Bar No. 24043761
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, Texas 77494
Telephone: 210-294-9273
Email: amy@cimentlawfirm.com

*Attorney for Plaintiff*